UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Paul C. Drueke
Mary Jo Drueke,

    Plaintiffs,

    v.

Andrew L. Bass
Christopher D. Bering
Jeffrey P. Cowie,

    Defendants,

- and -

FirsTime Design Limited

    Nominal Defendant.

Case No. 2:17-cv-01061

**REQUEST FOR EXPEDITED HANDLING**

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65(a) of the Federal Rules Civil Procedure, Plaintiffs Paul C. Drueke and Mary Jo Drueke (the "Druekes"), through their attorneys Quarles & Brady LLP, respectfully ask this Court to issue a preliminary injunction enjoining certain actions by Defendants Andrew Bass, Christopher Bering, and Jeffrey Cowie (collectively, "Defendants"). Defendants are the members of the Board of Directors of Nominal Defendant FirsTime Limited ("FirsTime").

The Druekes are shareholders of FirsTime, and they have declared their intent to call a special shareholder meeting to vote on replacing Defendants as the directors of FirsTime. The Druekes identify a number of breaches of fiduciary duty by Defendants in their Complaint (dkt. #1), but in this motion for a preliminary injunction, they seek more limited relief. The Druekes respectfully ask the Court to issue a preliminary injunction that:

1. requires Defendants to recognize that the Druekes hold "at least 10 percent" of FirsTime's stock for purposes of Wis. Stat. § 180.0702, and not to dilute the Druekes' proportionate holdings by counting certain FirsTime shares that Defendants illegally caused to be issued and sold pursuant to a private placement announced on June 30, 2017;

2. enjoins Defendants against interfering with the Druekes' statutory right to demand a special shareholders meeting by unlawfully conditioning that right on the Druekes' agreement to pay all costs associated with the meeting unless they prevail on "each and every" matter that is voted upon during it;

3. enjoins Defendants against counting such newly issued shares for purposes of any shareholder vote conducted during the pendency of this action; and

4. enjoins Defendants against causing FirsTime to repurchase existing shares of its stock during the pendency of this action.

This motion is supported by the accompanying Brief in Support of Motion for Preliminary Injunction, Declaration of Paul C. Drueke, and Declaration of Peter Wierenga.

Dated August 25, 2017	QUARLES & BRADY LLP

/s/ Matthew J. Splitek
Donald K. Schott (SBN 1010075)
Matthew J. Splitek (SBN 1045592)
33 East Main Street, Suite 900
Madison, Wisconsin 53703
(608) 251-5000
don.schott@quarles.com
matthew.splitek@quarles.com

Jonathan W. Hackbarth (SBN 1056411)
411 East Wisconsin Avenue, Suite 2400
Milwaukee, Wisconsin 53202
(414) 277-5000
jon.hackbarth@quarles.com

*Attorneys for Paul and Mary Jo Drueke*