UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Paul C. Drueke and Mary Jo Drueke,

    Plaintiffs,

v.

Andrew Bass, Christopher D. Bering, Jeffrey P. Cowie,

    Defendants,

-and-

FirsTime Design Limited

    Nominal Defendant.

Case No. 2:17-cv-01061

## RULE 12(b)(6) MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Andrew Bass, Christopher D. Bering and Jeffrey P. Cowie, respectfully request that Plaintiffs' claims against them be dismissed for failure to state valid causes of action. This motion is supported by the accompanying Brief in Support of Rule 12(b)(6) Motion to Dismiss.

Dated: October 10, 2017

                                                              */s/ Sara Siegall*
Robert A. Chapman
Sara Siegall
John M. Owen
**CHAPMAN SPINGOLA, LLP**
190 South LaSalle Street, Suite 3850
Chicago, Illinois 60603
(312) 630-9202 (phone)
rchapman@chapmanspingola.com
ssiegall@chapmanspingola.com
jowen@chapmanspingola.com

*Attorneys for Defendants Andrew Bass, Jeffrey Cowie, and Christopher Bering*

# CERTIFICATE OF SERVICE

I, Sara Siegall, an attorney, certify that on October 10, 2017, a true and correct copy of the foregoing was served on counsel of record electronically through the Eastern District of Wisconsin CM/ECF electronic filing system.

*s/ Sara Siegall*

Sara Siegall

*One of the Attorneys for Defendants Andrew Bass, Christopher D. Bering, and Jeffrey P. Cowie*
