UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PAUL D. DRUEKE and MARY JO DRUEKE,<br><br>    **Plaintiffs,**<br><br>v.<br><br>ANDREW L. BASS, CHRISTOPHER D. BERING, and JEFFREY P. COWIE,<br><br>    **Defendants**<br><br>  -and-<br><br>FIRSTIME DESIGN LIMITED,<br><br>    **Nominal Defendant.** | Case No. 2:17-cv-01061-WED |

### ORDER

This matter having come before the Court on the Rule 7(h) Expedited Non-Disposition Motion of Nominal Defendant FirsTime Design Limited for a stay of FirsTime's deadline to respond to Plaintiffs' Complaint, and the Court having found good cause therefore,

**IT IS HEREBY ORDERED** that, pursuant to Fed. R. Civ. P. 6(b)(1)(A), FirsTime's request for a stay be and is hereby **GRANTED.** FirsTime shall:

(1) have until 14 days after entry of the Court's order on defendants' Motion to Dismiss to file an answer to plaintiffs' Complaint in the event that either:

    a. the Court denies defendants' Motion to Dismiss in its entirety, or

    b. the Court grants defendants' Motion to Dismiss in part, allowing plaintiffs to proceed without amending their complaint; and

(2) have until 14 days after the plaintiffs file an amended complaint to answer or otherwise respond to the amended complaint in the event that the Court grants defendants' Motion to Dismiss in whole or in part but permits plaintiffs to file an amended complaint.

Dated at Milwaukee, Wisconsin this 20th day of October, 2017.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge