# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**PAUL C. DRUEKE, et al.**

       **Plaintiffs,**

    **v.**                        **Case No. 17-CV-1061**

**ANDREW L. BASS, et al.,**

       **Defendants.**

---

## ORDER OF DISMISSAL

---

Based upon the stipulation of the parties (ECF No. 68), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby dismissed with prejudice and without costs for either party.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 29th day of May, 2018.

WILLIAM E. DUFFIN
U.S. Magistrate Judge